# EXHIBIT A



October 22, 2015

VIA FACSIMILE AND FIRST CLASS MAIL

Gilda A. Hernandez
The Law Offices of Gilda A. Hernandez, PLLC
315 S. Salem Street
Suite 310
Apex, NC 27502

Re:  Miriam Martinez Solais, et. al. v. Vesuvio's II Pizza & Grill, Inc. and Giovanni Scott D'Abbusco

Dear Jill,

Pursuant to the Court's October 16, 2015 Order, I have attached a spreadsheet setting forth the expenses associated with the cancellation of and the additional costs related to rescheduling the deposition of Mateo San Augustin Alvarado.

Please let me know if you have any questions.

Sincerely,

**LAW OFFICES OF DENISE SMITH CLINE, PLLC**

*Denise S. Cline*

Denise Smith Cline

16 North Boylan Avenue, Raleigh NC, 27603 | Office: 9199260734 | Cell: 9196026225
denise@dsclinelaw.com | www.dsclinelaw.com

# Expenses for Mateo San Augustin Alvarado's Ohio Deposition

## Cancellation expenses

| Date | Service | Biller | Number of hours | Rate per hour | Amount |
|---|---|---|---|---|---|
| 8/7/2015 | Correspondence with Ms. Hernandez regarding change in location | Attorney/Law Offices of Denise Smith Cline | 0.50 | 300 | $150.00 |
| 8/10/2015 | Prepare correspondence with Ms. Hernandez regarding change | Attorney/Law Offices of Denise Smith Cline | 0.75 | 300 | $225.00 |
| 8/11/2015 | Correspondence with Ms. Hernandez and arrange for Ohio deposition | Attorney/Law Offices of Denise Smith Cline | 1.00 | 300 | $300.00 |
| 8/12/2015 | Interpreter fee | Fabiola Bojanini | charged for entre day/late cancellation | 60 | $303.88 |
| 8/12/2015 | Call and research location and possible court reporters in Ohio | Paralegal/Law Offices of Denise Smith Cline | 1.25 | 100 | $125.00 |
| 8/13/2015 | Research and prepare issue for Motion to Compel | Attorney/Law Offices of Denise Smith Cline | 2.00 | 300 | $600.00 |
| | | | | Total: | $1,703.88 |

## Deposition Expenses

| Date | Service | Biller | Number of hours | Rate per hour | Amount |
|---|---|---|---|---|---|
| 8/17/2015 | Calls to Ohio court reporters, translators. | Paralegal/Law Offices of Denise Smith Cline | 1 | 100 | $100.00 |
| 8/18/2015 | Arrange to scan and transmit exhibits for Ohio Court Reporter | Paralegal/Law Offices of Denise Smith Cline | 2.5 | 100 | $250.00 |
| 8/18/2015 | Call to Ohio court reporters; email exhibits to Ohio court reporter. | Paralegal/Law Offices of Denise Smith Cline | 0.75 | 100 | $75.00 |
| 8/18/2015 | Call to Ohio deposition location and email exhibits. | Paralegal/Law Offices of Denise Smith Cline | 0.5 | 100 | $50.00 |

| Date | Description | Vendor | | Amount |
|---|---|---|---|---|
| 8/18/2015 | Ohio Court reporter fees | Charlene Nicholas & Associates, LLC | | $546.90 |
| 8/18/2015 | Regus: Video Conferencing Fees for Ohio | Regus | | $1,169.71 |
| 8/18/2015 | Video conferencing fee for North Carolina | Regus | | $2,264.00 |
| 8/18/2015 | Translator for Ohio Deposition | Maria Stafford | | $325.00 |
| | | | Total: | $4,780.61 |