# EXHIBIT C

**From:** Denise Cline [mailto:denise@dsclinelaw.com]
**Sent:** Wednesday, October 28, 2015 11:02 AM
**To:** Gilda Hernandez
**Cc:** 'Asha Powell (apowell@apluslegalservices.net)'
**Subject:** FW: Deposition on August 12, 2015

Good morning, Jill,

I received your letter late yesterday relating to the itemization of expenses for the Mateo San Agustin Alvarado deposition. I will not be able to respond this week because of other deadlines, but I wanted to provide you with a copy of the correspondence I received from the interpreter, who indeed charged a full day for her services. Please let me know that you've received this information.

I hope to respond to your letter more fully next week.

Sincerely,

Denise

**Fabiola M. Bojanini**
*State-certified Court Interpreter*

August 13, 2015

Ms. Denise Smith Cline
Attorney at Law
16 N. Boylan Ave.
Raleigh, NC 27603

Dear Ms. Smith Cline:

Please find enclosed a bill (which indicates full payment) for my interpretation of the deposition of Miriam Martinez Solais in Raleigh on Wednesday, August 12, 2015.

This bill reflects a full day of work. I left Winston-Salem at 11:00 am and returned at 7:15 pm. As I had discussed with your assistant, I had blocked out a full day of work in Raleigh for two depositions you had scheduled for that day. When the first deposition was canceled, I could not (and did not) schedule other appointments for that day.

Thank you for your business.

Sincerely,

Fabiola M. Bojanini

**Fabiola M. Bojanini**
*State-certified Court Interpreter*

---

**INTERPRETATION SERVICES**
August 2015

Ms. Denise Smith Cline
Attorney at Law
16 N. Boylan Ave.
Raleigh, NC  27603

| | |
|---|---:|
| 8/12/15 | |
| (Interpretation for Miriam Martinez Solais) | $480.00 |
| 1 day. @ $60/hr or part thereof | |
| | |
| Mileage WS – Raleigh 222 mi @ $0.575/mi | $127.75 |
| | |
| **Total** | **$607.75** |

**PAID IN FULL – THANK YOU**

Fabiola M. Bojanini
SS:  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

Date: August 13, 2015

---

4230 Foxbury Court
Winston-Salem, NC  27104
(336) 760-1285 / (336) 624-6683 (cell)
fabiola_bojanini@hotmail.com