# EXHIBIT H



November 3, 2015

**VIA EMAIL AND FIRST CLASS MAIL**

Gilda A. Hernandez
The Law Offices of Gilda A. Hernandez, PLLC
315 S. Salem Street
Suite 310
Apex, NC  27502


Re:     Miriam Martinez Solais, et. al. v. Vesuvio's II Pizza & Grill, Inc. and Giovanni Scott D'Abbusco

Dear Jill,

I have not yet had an opportunity to review and respond to your October 27, 2015 correspondence regarding the fees associated with the cancellation of the deposition of Mateo San Agustin Alvarado.  I have attached an updated spreadsheet to include the highlighted videography charge for the deposition of Mateo Alvarado.  I was not aware of this charge when we provided you with the expense spreadsheet on October 22, 2015.   I have also attached a copy of the invoices we received.

I hope to respond to your October 27, 2015 letter shortly.

Please let me know if you have any questions.

Sincerely,

**LAW OFFICES OF DENISE SMITH CLINE, PLLC**

*Denise S. Cline*

Denise Smith Cline

16 North Boylan Avenue, Raleigh NC, 27603 |  Office: 9199260734  |   Cell: 9196026225
denise@dsclinelaw.com | www.dsclinelaw.com

# Expenses for Mateo San Augustin Alvarado's Ohio Deposition

## Cancellation expenses

| Date | Service | Biller |
|---|---|---|
| 8/7/2015 | Correspondence with Ms. Hernandez regarding change in location | Attorney /Law Offices of Denise Smith Cline |
| 8/10/2015 | Prepare correspondence with Ms. Hernandez regarding change | Attorney/ Law Offices of Denise Smith Cline |
| 8/11/2015 | Correspondence with Ms. Hernandez and arrange for Ohio deposition | Attorney/ Law Offices of Denise Smith Cline |
| 8/12/2015 | Interpreter fee | Fabiola Bojanini |
| 8/12/2015 | Call and research location and possible court reporters in Ohio | Paralegal /Law Offices of Denise Smith Cline |
| 8/13/2015 | Research and prepare issue for Motion to Compel | Attorney /Law Offices of Denise Smith Cline |

Deposition Expenses

| Date | Service | Biller |
|---|---|---|
| 8/17/2015 | Calls to Ohio court reporters, translators. | Paralegal/Law Offices of Denise Smith Cline |
| 8/18/2015 | Arrange to scan and transmit exhibits for Ohio Court Reporter | Paralegal/Law Offices of Denise Smith Cline |
| 8/18/2015 | Call to Ohio court reporters; email exhibits to Ohio court reporter. | Paralegal/Law Offices of Denise Smith Cline |
| 8/18/2015 | Call to Ohio deposition location and email exhibits. | Paralegal/Law Offices of Denise Smith Cline |
| 8/18/2015 | Deposition-Ohio Court reporter fees | Charlene Nicholas & Associates, LLC |
| 8/18/2015 | Regus: Video Conferencing Fees for Ohio | Regus |
| 8/18/2015 | Video conferencing fee for North Carolina | Regus |
| 8/18/2015 | Translator for Ohio Deposition | Maria Stafford |
| 8/18/2015 | ==Videography- Ohio Court reporter fees== | ==Charlene Nicholas & Associates, LLC== |

| Number of hours | | Rate per hour | Amount |
|---|---|---|---|
| | 0.50 | 300 | $150.00 |
| | 0.75 | 300 | $225.00 |
| | 1.00 | 300 | $300.00 |
| charged for entre day/late cancellation | | 60 | $303.88 |
| | 1.25 | 100 | $125.00 |
| | 2.00 | 300 | $600.00 |
| | **Total:** | | **$1,703.88** |
| | 1 | 100 | $100.00 |
| | 2.5 | 100 | $250.00 |
| | 0.75 | 100 | $75.00 |
| | 0.5 | 100 | $50.00 |
| | | | $546.90 |
| | | | $1,169.71 |
| | | | $1,095.00 |
| | | | $325.00 |
| | | | ==$763.00== |
| | **Total:** | | **$4,374.61** |

# Regus

# Account Statement

| | |
|---|---|
| Statement Date: | 20 August 2015 |
| Account Number: | 7394318 |
| Name Of Account: | Law Offices of Denise Cline |
| Center Name: | NC, Raleigh - Glenwood South |
| Payment Due: | Due Immediately |

| | Amount |
|---|---|
| Outstanding Balance at 20 August 2015 | $1,169.71 |
| August Invoice 2404-4774 | $1,095.00 |
| **Total Payment Due – (Quote Reference 2404-4774)** | **$2,264.71** |

### IMPORTANT INFORMATION:

- Recent payments may not yet be reflected in the above statement balance, please visit myregus.com for the most up to date statement of your account.
- **If you receive more than one invoice please pay them separately so that we can ensure payment is properly applied to your account.**
- Please note that late payment fees will be applied to your account if payment is not received promptly.
- You can update your details by logging into www.myregus.com.

If you have any questions, contact your Center directly. We are here to help.

Your Center Team Email Address:   Raleigh.Glenwood@regus.com
Your Center Team Telephone:       +1 919 785 3100

# Regus

Law Offices of Denise Cline
16 N Boylan Ave
Raleigh, North Carolina 27603
United States of America

| | |
|---|---|
| Invoice Date: | 20 August 2015 |
| Account Number: | 7394318 |
| Invoice Number: | 1422-8571 |
| Payment Due: | Due Immediately |
| Your TAX Number: | 000 |

## Invoice

### Center Name: OH, Dayton – Beavercreek Greene Town Center

| Description of Charges | From Date | To Date | Price (exc. TAX) | TAX Amount | Total (inc. TAX) |
|---|---|---|---|---|---|
| **One-Off Charges Incurred** | | | | | |
| Meeting Room | 18 Aug 15 | 18 Aug 15 | $ 0.00 | $ 0.00 | $ 0.00 |
| Video Conferencing | 18 Aug 15 | 18 Aug 15 | $ 1,095.00 | $ 73.91 | $ 1,168.91 |
| Copy/Print/Scan Charges | 18 Aug 15 | 18 Aug 15 | $ 0.75 | $ 0.05 | $ 0.80 |
| **Total One-Off Charges** | | | | | **$ 1,169.71** |
| **Total Charges** | | | | | **$ 1,169.71** |

| | |
|---|---|
| Total (exc. TAX) | $ 1,095.75 |
| TAX | $ 73.96 |
| **Total (inc. TAX)** | **$ 1,169.71** |

# Regus

**Law Offices of Denise Cline**

16 N Boylan Ave
Raleigh, North Carolina 27603
United States of America

| | |
|---|---|
| Invoice Date: | 20 August 2015 |
| Account Number: | 7394318 |
| Invoice Number: | 2404-4774 |
| Payment Due: | Due Immediately |
| Your TAX Number: | 000 |

## Invoice

Center Name: NC, Raleigh - Glenwood South

| Description of Charges | From Date | To Date | Price (exc. TAX) | TAX Amount | Total (inc. TAX) |
|---|---|---|---|---|---|
| **One-Off Charges Incurred** | | | | | |
| Meeting Room | 18 Aug 15 | 18 Aug 15 | $ 0.00 | $ 0.00 | $ 0.00 |
| Video Conferencing | 18 Aug 15 | 18 Aug 15 | $ 1,095.00 | $ 0.00 | $ 1,095.00 |
| **Total One-Off Charges** | | | | | **$ 1,095.00** |
| **Total Charges** | | | | | **$ 1,095.00** |

| | |
|---|---|
| Total (exc. TAX) | $ 1,095.00 |
| TAX | $ 0.00 |
| Total (inc. TAX) | $ 1,095.00 |



# Charlene Nicholas & Associates, LLC
### - COURT REPORTERS -
5136 PHILLIPSBURG - UNION ROAD
ENGLEWOOD, OHIO 45322

E-Mail: Depo@CharleneNicholasReporting.com

PHONE (937) 836-7878
FAX (937) 836-0018

**INVOICE NO.** MC-15-017

**TO:** Denise Smith Cline, Esq.
State Bar No. 10837
16 North Boylan Avenue
Raleigh, NC 27603

**RE:** Case No. 1:15-CV-227
Mateo San Augustin Alvarado
vs.
Vesuvio's II Pizza & Grill, Inc. and
Giovanni Scott D' Abbusco

AUG 2 8 2015

WWW.CHARLENENICHOLASCOURTREPORTING.COM

| Description | Amount |
|---|---|
| Videography of Mateo San Augustin Alvarado taken on 8/18/15 | $750.00 |
| Postage | $13.00 |
| Total: | $763.00 |

**PAYMENT DUE UPON RECEIPT OF INVOICE**

A Late Payment Fee of 1.5% Per Month will be charged
On Balances Outstanding more than 30 Days.

To Insure Proper Credit, Enclose One Copy of this Invoice with Payment • Tax I.D. #80-0095473