IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MIRIAM MARTINEZ SOLAIS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 15CV227 |
| GIOVANNI SCOTTI D'ABBUSCO and VESUVIO'S II PIZZA & GRILL, INC., | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Based on the Memorandum Opinion and Order entered contemporaneously herewith,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reopen Case, (ECF No. 68), is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend, (ECF No. 69), is DENIED based on res judicata.

IT IS FURTHER ORDERED that Plaintiff's Motion to Substitute and Join Defendants, (ECF No. 69), and Motion for Equitable Tolling, (ECF No. 71), are DENIED as moot.

IT IS FURTHER ORDERED and ADJUDGED that this case is DISMISSED with prejudice.

This, the 21st day of February, 2018.

/s/ Loretta C. Biggs
United States District Judge